UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON FREEMAN,
                Petitioner,

    -versus-                No. 16 Civ. 5419 (LAP) (BCM)

THOMAS GRIFFEN,                ORDER

                Respondent.

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On July 30, 2019, United States Magistrate Judge Barbara Moses issued a Report and Recommendation [dkt. no. 15] recommending that the Court deny Petitioner Damon Freeman's petition [dkt. no. 1] for a writ of habeas corpus under 28 U.S.C. § 2254. The parties were given fourteen days to file objections to the Report and Recommendation; no objections have been filed. When nobody objects to a Report and Recommendation, the "district court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Moses's Report and Recommendation in its entirety as the opinion of the Court.

Mr. Freeman's habeas corpus petition is therefore <u>DENIED</u>. Finding that Mr. Freeman has not demonstrated denial of a constitutional right, a certificate of appealability is <u>DENIED</u>. The Clerk of the Court is directed to mail a copy of this order to Mr. Freeman and to mark the action closed and all pending motions denied as moot.

SO ORDERED.

Dated: March 23, 2020
       New York, New York

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA
Senior U.S. District Judge