**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAMON FREEMAN,

                            Petitioner,               16 **CIVIL** 5419 (LAP) (BCM)

      -against-                               **JUDGMENT**

THOMAS GRIFFIN,

                            Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2020, Magistrate Judge Moses's Report and Recommendation is adopted in its entirety as the opinion of the Court; no objections having been filed; Mr. Freeman's habeas corpus petition is therefore denied; finding that Mr. Freeman has not demonstrated denial of a constitutional right, a certificate of appealability is denied; accordingly, the action is closed and all pending motions denied as moot.

**DATED:** New York, New York
            March 25, 2020

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                              **Clerk of Court**
                        **BY:**
                                                         _____
                                                               **Deputy Clerk**